DOCUMENTS UNDER SEAL ☐ | DOCUMENT NUMBER:

| **MAGISTRATE JUDGE** | DEPUTY CLERK | REPORTER/FTR |
| **MINUTE ORDER** | Lashanda Scott | 9:39-9:43 |

| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |
| Bernard Zimmerman | June 5, 2007 | | ☐ | 3-07-70317 MAG |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
| Walter Simon | | Y | NP | Geoffrey Hansen (provisional)special | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| Joshua Eaton | | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR | PARTIAL PAYMENT ☐ |
| | Brad Wilson | APPT'D COUNSEL ☐ | OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| time | time | time | time | time |
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or | ☐ BAIL REVIEW |
| time 4 min | time | time | time S/R | time |
| ☐ DETENTION HRG | ☐ ID/REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |
| time | time | time | time | time |

*FILED* *JUN 5 2007* *RICHARD W. WIEKING* *CLERK, U.S. DISTRICT COURT* *NORTHERN DIST. OF CALIFORNIA*

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME N/A | ☐ TRUE NAME: |

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |

| PROPERTY TO BE POSTED | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
| ☐ CASH $ | | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF |

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 06/06/2007 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. BZ | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

6/6/2007 at 9:30 a.m. - Status. Defendant admitted in S.F. General Hospital. Defendant awaiting surgery. Defendant might be released from the hospital within one week. Defense counsel waived Rule 5 - personal appearance of the defendant. Court provisionally appointed the federal public defender's office.

cc: BZ, Pretrial